Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com
*Attorney for Plaintiff Super-Trim, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
SUPER-TRIM, INC., a New York                                 :
corporation,                                                 :     Civil Action No.:
                                                             :
                              Plaintiff,                     :
                                                             :
              - against -                                    :     **RULE 7.1 STATEMENT**
                                                             :
SEARS HOLDINGS CORPORATION,                                  :
a Delaware corporation,                                      :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x

[RECEIVED MAY 15 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Super-Trim, Inc. certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York. Super-Trim, Inc. submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

  1. Super-Trim, Inc. is not a publicly-held corporation or other publicly-held entity.

  2. Super-Trim, Inc. does not have any parent corporation.

  3. Super-Trim, Inc. has issued no stock that is held by a public corporation.

- 2 -

Dated: May 15, 2008        Respectfully submitted,
      New York, New York
                        By: _____
                             Robert S. Weisbein (RW 0080)
                             FOLEY & LARDNER LLP
                             90 Park Avenue
                             New York, NY 10016
                             Telephone: 212.682.7474
                             Facsimile: 212.687.2329
                             Email: rweisbein@foley.com

                             *Attorney for Plaintiff Super-Trim, Inc.*