# FOLEY

FOLEY & LARDNER LLP



ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3528
rweisbein@foley.com

CLIENT/MATTER NUMBER
093060-6000

July 11, 2008

VIA FACSIMILE – 212-805-6737 [1 PAGE]

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States
 Courthouse
500 Pearl Street
Room 630
New York, New York 10007

**SO ORDERED**
The conference is adjourned to
August 13, 2008 at 10:00 a.m.

JUL 14 2008  *(signed)* George B. Daniels
**HON. GEORGE B. DANIELS**

Re: Super-Trim, Inc. v. Sears Holdings Corporation
    Civil Action No. 08 CV 4535

Dear Judge Daniels:

We represent the plaintiff in this matter, Super-Trim, Inc. We are writing to the Court to request a three week adjournment of the pre-trial conference now scheduled for Wednesday, July 23, 2008 at 9:30 a.m. Michael Murphy, counsel for defendant Sears Holding Corporation (Sears), who is copied on this letter, has consented to this request. The reason for the requested extension is because the parties have agreed in principal to settle this dispute, and as a result, Plaintiff has consented to an extension of time for Sears to respond to the complaint. To this end, we have prepared a draft settlement agreement and forwarded it to counsel for Sears. Sears' counsel has already made revisions thereto and we have made additional revisions which are now being considered by counsel for Sears. The parties anticipate that the agreement will be finalized, circulated for execution and signed by the parties within the next two weeks, without the need for a responsive pleading by Sears.

For this reason, the parties request that the pre-trial conference scheduled for July 23 be adjourned for three weeks until August 13, 2008 or a date thereafter that is convenient to the Court.

Respectfully submitted,

*(signature)*

Robert S. Weisbein

RSW:mam

cc:  Michael Murphy, Esq. – Counsel for Sears Holding Corporation
       (via email – mmurphy@bellboyd.com)
     Super-Trim, Inc. (via email)

BOSTON         JACKSONVILLE    NEW YORK      SAN FRANCISCO   TOKYO
BRUSSELS       LOS ANGELES     ORLANDO       SHANGHAI        WASHINGTON, D.C.
CENTURY CITY   MADISON         SACRAMENTO    SILICON VALLEY
CHICAGO        MIAMI           SAN DIEGO     TALLAHASSEE
DETROIT        MILWAUKEE       SAN DIEGO/DEL MAR  TAMPA

NYC_271619.1