# ≡FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

August 11, 2008

WRITER'S DIRECT LINE
212.338.3528
rweisbein@foley.com EMAIL

CLIENT/MATTER NUMBER
093060-6000

VIA FACSIMILE – 212-805-6737

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 630
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 14 2008

SO ORDERED
The conference is adjourned to September 3, 2008 at 9:30 a.m.
*George B. Daniels*
HON. GEORGE B. DANIELS AUG 14 2008

Re: Super-Trim, Inc. v. Sears Holdings Corporation
    Civil Action No. 08 CV 4535

Dear Judge Daniels:

We represent the plaintiff in this matter, Super-Trim, Inc. We are writing to the Court to request a two-week adjournment of the pre-trial conference now scheduled for Wednesday, August 13, 2008 at 10:00 a.m. This is the parties' second request for an adjournment. The first request was granted by the Court on July 14, 2008, adjourning the initial conference from July 23 to August 13. Michael Murphy, counsel for defendant Sears Holding Corporation, who is copied on this letter, has consented to this request. The reason for the requested extension is because the parties are in the process of executing a settlement agreement. The parties anticipate that the agreement will be signed by the parties within the next week.

For this reason, the parties request that the pre-trial conference scheduled for August 13 be adjourned for two weeks until August 27, 2008 or a date thereafter that is convenient to the Court.

Respectfully submitted,

Robert S. Weisbein

RSW:mam

cc: Michael Murphy, Esq. – Counsel for Sears Holding Corporation
      (via email – mmurphy@bellboyd.com)
    Super-Trim, Inc. (via email)

BOSTON  JACKSONVILLE  NEW YORK  SAN FRANCISCO  TOKYO
BRUSSELS  LOS ANGELES  ORLANDO  SHANGHAI  WASHINGTON, D.C.
CENTURY CITY  MADISON  SACRAMENTO  SILICON VALLEY
CHICAGO  MIAMI  SAN DIEGO  TALLAHASSEE
DETROIT  MILWAUKEE  SAN DIEGO/DEL MAR  TAMPA

NYC_281852.1