Robert S. Weisbein (RW-0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 682-7474
Facsimile: (212) 687-2379
Email: rweisbein@foley.com
*Attorneys for Plaintiff*
Super-Trim, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Super-Trim, Inc.,<br>a New York corporation,<br><br>           Plaintiff,<br><br>           v.<br><br>Sears Holdings Corporation,<br>a Delaware corporation<br><br>           Defendant. | Case No. 08 cv 4535 (GBD) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Super-Trim Inc., Defendant Sears Holdings Corporation not having filed an answer, hereby dismisses this civil action with prejudice.

Dated: September 2, 2008

Respectfully submitted,

By: _____
Robert S. Weisbein
FOLEY & LARDNER LLC
90 Park Avenue
New York, New York 10016
Tel: 212-682-7474
Facsimile: (212) 687-2329
Email: rweisbein@foley.com

*Attorneys for Plaintiff*
Super-Trim, Inc.

NYC_285686.1